IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) OMAR MARRERO-CRUZ<br>(Counts 1, 2, 3, 4, 5, 6, 7 and 8)<br>2) CARLOS OLIVERAS-GONZALEZ<br>(Counts 1, 2, 3, 4, 5, 6, 7 and 8)<br>3) SAMUEL BRISTOL-MARTIR<br>(Counts 1, 6, 7, 8, 9, 10)<br>4) ALVIN FLORES-BOSQUEZ<br>(Counts 1, 6, 7, and 8)<br>5) FRANCISCO SANTIAGO-ALBINO<br>(Counts 1, 9 and 10)<br>6) JAMILL AGUILA-BARRIOS<br>(Counts 1, 2, 3, 4, 5, 6, 7 and 8)<br>Defendants | CRIMINAL 05-0235CCC |

**O R D E R**

Upon the conclusion of the government's case-in-chief, the Court RULES that all coconspirators' statements submitted in evidence are admissible since the government has proven by a preponderance of the evidence that those statements were made (1) by a coconspirator of a party (2) during the course and (3) in furtherance of the conspiracy as required by Fed.R.Evid. 801(d)(2)(E).

SO ORDERED.

At San Juan, Puerto Rico, on March 8, 2006.

S/CARMEN CONSUELO CEREZO
United States District Judge